John Patrick McSHEFFREY,
Petitioner—Appellant,

v.

Joseph M. BROOKS, Warden,
Respondent—Appellee.

No. 03–7456.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 18, 2003.

Decided Jan. 16, 2004.

John Patrick McSheffrey, Appellant pro se.

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Patrick McSheffrey, a federal prisoner, appeals the district court's order dismissing his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and the district court's order and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm on the reasoning of the district court. *See McSheffrey v. Brooks*, No. CA–03–663 (E.D.Va. Aug. 29, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*